IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MCCORDY SOLOMON**                                                                                          **PLAINTIFF**

V.                                    **CASE NO. 5:24-CV-5115**

**NURSE TRACEY ROBISON;**
**DEPUTY JOSELUIS VALENZUELA,**
**Benton County Detention Center (BCDC);**
**DEPUTY OGDEN, BCDC; NURSE ERIN FREDERICK;**
**and DEPUTY BENTON, BCDC**                                                                                  **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 37) filed in this case on February 19, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**. The Motion to Dismiss (Doc. 31) filed by separate Defendants Robison and Frederick is **GRANTED**. All claims against them are **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to terminate them as parties to this lawsuit. The suit will continue as to the remaining Defendants and claims.

**IT IS SO ORDERED** on this 11th day of March, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE